# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADAMSU GEBRE,

    Plaintiff,

v.

ALK TECHNOLOGIES, INC., *et al*.,

    Defendants.

Case No. 2:08-CV-00434-KJD-RJJ

**ORDER**

    Plaintiff's Complaint (#1) was filed April 4, 2008. The Court previously granted motions to extend time to serve the defendants on July 17, 2008, and October 2, 2008. The last deadline to serve the remaining defendants with a copy of the summons and complaint in compliance with Federal Rule of Civil Procedure 4 ("Rule 4") expired on January 5, 2009. Rule 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The Court ordered Plaintiff to file proof of service of the summons and complaint on remaining Defendants no later than January 23, 2009.

    On January 22, 2009, Plaintiff's counsel filed a motion to withdraw as attorney. On January 27, 2009, Magistrate Judge Robert J. Johnston granted the motion to withdraw. Plaintiff has failed to contact the Court to request an extension of time to serve remaining Defendants, to associate counsel

or notify the Court of his desire to proceed in proper person.  Therefore, the Court dismisses Plaintiff's complaint without prejudice for failure to serve Defendants in compliance with Rule 4(m).

**IT IS SO ORDERED.**

DATED this 4TH day of March 2009.

_____
Kent J. Dawson
United States District Judge